David GARRISON *v.* STATE of Arkansas

CR 74-101                                   515 S.W. 2d 222

Opinion delivered October 21, 1974
[Rehearing denied December 2, 1974.]

*Adams & Covington,* for appellant.

*Jim Guy Tucker,* Atty. Gen., by: *Gary Isbell,* Asst. Atty.

Gen., for appellee.

CONLEY BYRD, Justice. Appellant David Garrison's sole contention for reversal of his two year conviction and sentence for possession of a controlled substance (LSD) is that the trial court should have excluded under the Fourth Amendment, as an illegal search, any evidence of the drugs that he voluntarily delivered to a confidential informant and an undercover narcotics agent. We find no merit in the contention. See *Lewis* v. *United States*, 385 U.S. 206, 87 S. Ct. 424, 17 L. Ed. 312 (1966).

Affirmed.